

# ALIAS CAPIAS

THE STATE OF TEXAS

TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

On May 28, 2014, in the Fourteenth Court of Appeals of Texas, in Cause No. 14-14-00062-CV, styled *In re Clifford Hall*, the court issued a judgment denying the relief relator, Clifford Hall, requested in his petition for writ of habeas corpus, ordering that an alias capias be issued for the arrest of relator, Clifford Hall, and remanding relator, Clifford Hall, back into the custody of the Sheriff of Harris County, Texas. The judgment follows:

## JUDGMENT

This court heard this cause after granting and issuing a writ of habeas corpus on January 24, 2014. This court holds that the combined judgment of contempt and order of commitment entered November 18, 2013 in the 310th District Court, Harris County, Texas, in Cause No. 2003-20180, is void, in part. Therefore, this court grants relator's petition for writ of habeas, in part, and accordingly strikes the portion of the trial court's order holding relator in contempt and confining him for 180 days for failing to make the September 1, 2012 child support payment. This court further holds that relator has failed to demonstrate that the trial court's order is void *in toto*, or that relator is entitled to release from the trial court's order of commitment.

Therefore, this court denies relator's petition for writ of habeas corpus, in part.

We further order the clerk of this court to issue an alias capias for the arrest of relator, Clifford Hall, and order that he be remanded to the custody of the Sheriff of Harris County, Texas, to be confined as ordered by the 310th District Court, Harris County, Texas, in Cause No. 2003-20180 pursuant to the order of commitment dated November 18, 2013 by Judge Lisa Millard.

YOU ARE COMMANDED to take relator, Clifford Hall, with a last known address of 8117 Count Street, Houston, Texas 77028, into your custody and deliver him to the Sheriff of Harris County, Texas, who shall remand relator into custody in accordance with the Judgment of this court.

COMPLETE the attached return and deliver it to this court showing you have executed it.

WITNESS, the Honorable Kem Thompson Frost, Chief Justice of our said Fourteenth Court of Appeals, with the seal thereof annexed, at Houston, Texas, on May 28, 2014.



/s/     CHRISTOPHER A. PRINE, CLERK

**RETURN**

The above writ was received at _____ o'clock [a.m./p.m.], the _____ day of _____, 2014, and was executed by arresting the said Clifford Hall, at _____ o'clock [a.m./p.m.] the _____ day of _____, 2014, and placing him in the Harris County Jail.

SHERIFF, Harris County, Texas

By:_____